LEASE—See Tresspass 1.

## LEVY.

YOUNG *against* JUDD. *Addison*, 1819.

THIS was an action of ejectment. The plaintiffs title was by levy of an execution against one Dickinson. Plaintiff had attached the whole town of Middlebury, as the property of Dickinson ; after the attachment, and before the levy, the defendant purchased the land in question, of Dickinson. The plaintiff then set off, on his execution against Dickinson, the land in question, and brought this action.

In this case, the folowing questions arose :

1. Was the attachment good, and sufficiently descriptive, to hold the land, in question, against subsequent purchasers ?

Decided by the Court—That the attachment was good, to hold all the land in the town, owned by Dickinson, as appeared of record, at the time of the attachment.

Objections to the levy :

1. It did not appear, from the officer's return, that a demand had been made on the debtor, to choose an appraiser.

This objection was over-ruled by the Court.

2. Defendant offered to shew that the debtor had land, sufficient to satisfy the execution, without taking the land deeded to the plaintiff.

Decided—That this shewing was properly rojected.

3. That the appraisers had appraised other land, to a larger

amount than the execution; the creditor then abandoned *that* property, and took the land in question.

Decided—This shewing was properly rejected, and the levy established.

See Ejectment 3.    Execution 1.    Mortgage 1.

———————

LICENCE—See Bail 2.

———————

LIMITATION—See Promissory Note 2, 3.    Usury.    Prescription.

———————

LIMITS—See Escape 1, 2.

———————

LUNATIC—See Insanity.

———————

MAJORITY IN AGE—See Female.

———————

# M.

## MALICIOUS PROSECUTION.